**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

————————

No. 13-51046
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 23, 2014

Lyle W. Cayce
Clerk

————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ISRAEL HERNANDEZ,

Defendant – Appellant

_____

Cons w/ No. 13-51048

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

ISRAEL HERNANDEZ, JR., also known as Jose Federico Garcia-Gonzalez, also known as Israel Hernandez-Garcia Jr.,

Defendant-Appellant

—————————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:13-CR-568-1
USDC No. 5:13-CR-572-1
USDC No. 5:12-CR-899-2

—————————

No. 13-51046
c/w No. 13-51048

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Israel Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hernandez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Hernandez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014), *petition for cert. filed* (June 4, 2014) (No. 13-10484).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hernandez's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.